UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

ARDITH DOBSON,

   Plaintiff,

v.

DAVID D. GRAY, ET AL.,

   Defendants.

Civil Action No. 7:09-CV-63-KKC

**JUDGMENT**

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that:

1.   The Complaint filed under 42 U.S.C. § 1983 by Plaintiff Ardith Dobson against Defendants David D. Gray; Ed Sheymleya; Tim Ingles; Barry Adams; and Keith Hensley [R. 2] is **DISMISSED WITH PREJUDICE** and Judgment is **ENTERED** in favor of the Defendants.

2.   The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

Dated this 3rd day of June, 2009.



**Signed By:**

*Karen K. Caldwell*

**United States District Judge**